# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **\*\*AMENDED JUDGMENT IN A CRIMINAL CASE** (For a Petty Offense) |
| v. | CASE NUMBER: 10-PO-1136-KMT |
| CHARLES BALDWIN | Pro Se (Defendant's Attorney) |

**THE DEFENDANT:** Was found guilty on counts 1,2,3 of the Information after a plea of not guilty.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 41 C.F.R. §102-74.385 | Failure to Comply with a Lawful Order | 04/05/2010 | 1 |
| 41 C.F.R. §102-74.390 | Disorderly Conduct-Impeding or Disrupting Performance of Official Duties | 04/05/2010 | 2 |
| 18 U.S.C.§13; C.R.S. §18-8-104 and 18-2-101 | Attempting to Obstruct a Peace Officer | 04/05/2010 | 3 |

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

01/18/2011
Date of Imposition of Judgment

*[signature]*
Signature of Judicial Officer

KATHLEEN M. TAFOYA,
U.S. MAGISTRATE JUDGE
Name & Title of Judicial Officer

January 21, 2011
Date

## MONETARY OBLIGATIONS

  The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| Count 1: | $5.00 | $2,500.00 | $0.00 |
| Count 2: | $5.00 | $1,000.00 | $0.00 |
| Count 3: | **\*$10.00** | $750.00 | $0.00 |